```
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney Chief, Criminal Division
ASHWIN JANAKIRAM (Cal. Bar No. 277513)
Assistant United States Attorney
     United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2875
     Facsimile: (213) 894-6269

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
FEB 23 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LOKESH TANTUWAYA,<br><br>　　　　Defendant. | No. SACR 18 00040-DOC<br><br>[~~PROPOSED~~] ORDER SEALING<br>INDICTMENT AND RELATED DOCUMENTS<br><br>**(UNDER SEAL)** |

　　　For good cause shown, IT IS HEREBY ORDERED THAT:

　　　Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

_2-23-18_　　　　　　　　　　　　　　　　　　/s/
DATE　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

    The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____      _____
DATE                                      UNITED STATES MAGISTRATE JUDGE