FILED

2018 APR 11 AM 10:24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: ___(au)___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER: SACR18-00040 DOC JLS |
|---|---|---|
| V. Lokesh Tantuwaya | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: **7:55 AM**    ☒ AM · ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   **371, 1341, 1343, 1957, 1320 1-7b(b)(1)(A)**

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: **1967**

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: **Duty**

10. Remarks (if any): _____

11. Name: **Jon Habben**    (please print)

12. Office Phone Number: **714.939.8699**   13. Agency: **FBI**

14. Signature: _[signed]_   15. Date: **04/11/18**

CR-64 (2/14)        REPORT COMMENCING CRIMINAL ACTION