*United States Pretrial Services*

United States District Court
Central District of California



George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

April 19, 2018

United States Clerk's Office
Ronald Reagan Federal Building
and United States Courthouse
Santa Ana, California 92701

Re: Release Order Authorization
Defendant: Lokesh Tantuwaya
Docket#: Tantuwaya, Lokesh
SACR18-00040 JLS

To Whom It May Concern:

On April 16, 2018, the above-named defendant appeared before Magistrate Judge Douglas F. McCormick, at which time, Pretrial Services Supervision was ordered to include the following condition: RELEASE TO PRETIRAL SERVICES ONLY, for electronic monitoring installation.

If you determine that the bond has been satisfied, please prepare a release order with the RELEASE TO PRETRIAL SERVICES ONLY box checked for the duty Magistrate Judge's signature.

Sincerely,

Ada M. Castillo-O'Neil
2018.04.19 08:18:05
-07'00'

Ada Castillo-O'Neil
Sr. U.S. Pretrial Services Officer
(714) 338-4563

**Headquarters**

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
213-894-4726 / FAX 213-894-0231

**Riverside Branch**

George E. Brown, Jr. Federal Building
and U.S. Courthouse
3470 Twelfth Street, Suite 161
Riverside, CA 92501-3801
951-328-4490 / FAX 951-328-4489

**Santa Ana Branch**

Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570