Katherine Corrigan, CA. SBN 132226
CORRIGAN WELBOURN & STOKKE
A PROFESSIONAL LAW CORPORATION
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-251-1181
E-Mail:  kate@cwsdefense.com
Attorney for Defendant LOKESH TANTUWAYA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LOKESH TANTUWAYA,<br><br>　　　　　Defendant | Case No.: SACR 18-00040-JLS<br><br>[PROPOSED] ORDER MODIFYING DEFENDANT'S RELEASE CONDITIONS |

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that stipulate that:

1. The Defendant's pretrial release conditions be modified as follows:

    a. The requirement that Defendant "[p]articipate in the Location Monitoring Program and abide by all of the requirements of the

-1-

program, under the direction of Supervising agency, which will include a location monitoring bracelet" is deleted.

b. All other conditions of pretrial release are to remain in place.

**DATED:** _____    _____
**HONORABLE JOSEPHINE L. STATON**
**UNITED STATES DISTRICT JUDGE**

# **CERTIFICATE OF SERVICE**

I, Katherine Corrigan, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Corrigan Welbourn & Welbourn, A Professional Law Corporation, 4100 Newport Place, Suite 550, Newport Beach, California 92660; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am an attorney and am a member of the bar of the State of California and am a member of the bar of the United States District Court for the Central District of California, and that on TODAY'S DATE, I caused to be e-mailed or faxed a true and correct copy of:

[PROPOSED] ORDER MODIFYING DEFENDANT'S RELEASE CONDITIONS

**ADDRESSED TO**:

**AUSA Joseph McNally   via email Joseph.McNally@usdoj.gov**

**Eric Kosmo       via email Eric_Kosmo@caspt.uscourts.gov**
**United States Pretrial Services**

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  June 28, 2018          _/s/_____
                                Katherine Corrigan