## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **SACR 18-00040-JLS** | Date | July 13, 2018 |

| | |
|---|---|
| Present: The Honorable | **JOSEPHINE L. STATON, U.S. DISTRICT JUDGE** |
| Interpreter | None |

| Terry Guerrero/Gabriela Garcia | Deborah Parker | Joseph McNally |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **LOKESH S. TANTUWAYA** | X | | X | Katherine Corrigan, CJA | X | X | |

**Proceedings:**   APPLICATION FOR ORDER MODIFYING PRETRIAL RELEASE [40]

**Hearing held. Oral argument heard.  Application denied.**

cc: PSA-SA

|  | 00 | : | 05 |
|---|---|---|---|
| | **Initials of Deputy Clerk** | gga | |