UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>LOKESH TANTUWAYA,<br>Defendant | Case No.: SA CR 18-00040-JLS<br><br>ORDER APPROVING EX PARTE APPLICATION FOR ORDER MODIFYING RELEASE CONDITIONS TO PERMIT DEFENDANT TO TRAVEL TO AND FROM PITTSBURGH, PA. FROM JUNE 13, 2019 THROUGH JUNE 16, 2019 |

The Court has reviewed Defendant's unopposed Ex Parte Application to Modify Conditions of Release. (Doc. 47.) **IT IS HEREBY ORDERED** that: The Defendant's pretrial release conditions be modified as follows:

    a. Defendant is permitted to travel to and from Pittsburgh, Pennsylvania from June 13, 2019 to June 16, 2019 for the purpose of attending the 25th Reunion of the Allegheny General Hospital Neurosurgery Program.

    b. Defendant must contact Pretrial Services within 24 hours of his departure and provide to the United States Pretrial Services and

Probation office a complete itinerary of the travel. Defendant must also contact Pretrial Services within 24 hours of his return to the Central District of California;

    c. All other conditions of pretrial release are to remain in place.

DATED: May 29, 2019



_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

CC: PSA-SANTA ANA