E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JOSEPH T. MCNALLY (Cal. Bar No. 250289)
BILLY JOE MCLAIN (Cal. Bar No. 290682)
Assistant United States Attorneys
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2272
    Facsimile: (213) 894-2600
    E-mail:    joseph.mcnally@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-40-JLS |
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | Sentencing: December 9, 2022 |
| LOKESH TANTUWAYA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, hereby files its sentencing memorandum and exhibits in this matter.

1    Dated: November 25, 2022          Respectfully submitted,

2                                       E. MARTIN ESTRADA
                                        United States Attorney
3
                                        SCOTT M. GARRINGER
4                                       Assistant United States Attorney
                                        Chief, Criminal Division
5

6    _____/s/_____
     JOSEPH T. MCNALLY
7    BILLY JOE MCLAIN
     Assistant United States Attorney
8
                                        Attorneys for Plaintiff
9                                       UNITED STATES OF AMERICA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

## I.   INTRODUCTION

3      From 2010 to 2013, defendant took over $3.3 million dollars in
4  bribes for funneling his patients to Pacific Hospital where he
5  performed their spinal surgeries.  Defendant, like a dozen other
6  doctors, was a participant in the insidious and far-reaching Pacific
7  Hospital bribery scheme that deeply corrupted the medical industry in
8  Southern California.

9      But defendant's conduct was particularly abhorrent.  After all,
10  despite his privileges at San Diego-area hospitals, defendant caused
11  several patients to travel from Imperial County and San Diego County
12  up to Pacific Hospital for spine surgery so that defendant could get
13  his bribes.  This resulted in numerous patient-victims enduring the
14  physical anguish of multi-hour trips after invasive spinal surgeries,
15  in addition dealing with the mental anguish of now wondering whether
16  they needed a surgery, whether the medical hardware drilled into
17  their bones was legitimate hardware, and whether they should have
18  trusted defendant with their lives.

19      And defendant's conduct during the bribe scheme does not paint
20  the full picture.  As the presentence report ("PSR") demonstrates,
21  defendant's conduct before and after the bribe scheme, including
22  while he was on pretrial release, reflects a pattern of disregard for
23  others as well as rules and laws generally.

24      The government has no objections to the PSR.  The Court should
25  sentence defendant to 60 months' imprisonment, three years'
26  supervised release, a fine of $200,000, and a $100 special
27  assessment.  The Court should also order defendant to report his

28

conviction to the medical board.  The Court should grant the government's application for Money Judgment of Forfeiture.

## II.  FACTUAL BACKGROUND

### A.    Offense Conduct

Defendant is a neurosurgeon who specializes in spine surgery. From 2010 to 2013, defendant conspired with Michael Drobot ("Drobot") to perform his patients' spinal surgeries at Pacific Hospital in exchange for bribes.  (PSR ¶ 52-53.)  Defendant received bribes ranging from $7,500 to $15,000 depending on the type of surgery. (PSR ¶ 53.)  The bribe amount was higher if defendant used medical hardware in the surgery that was sourced by Drobot's company International Implants.  (PSR ¶ 53.)  To avoid detection, defendant and Drobot covered up the bribe payments through a series of contracts that were designed to make the bribe payments appear to be payments for a legitimate business transaction.  (PSR ¶¶ 54, 56.)

Before the bribes, defendant performed most of his surgeries at hospitals in San Diego, including Scripps and Sharp.  (PSR ¶ 58; Pie Chart with Defendant's Fusion Surgery Locations in 2009, Exhibit 606.)  After the bribes began, defendant took patients to Pacific Hospital.  (Charts with Defendant's Fusion Surgery Locations 2009-2013, Exhibits 607-610.)  Many of these patients lived in San Diego County and Imperial County and would have preferred to have their surgery at a San Diego-area hospital.  (PSR ¶ 58; Patient Interviews, Exhibit 1.)  Nevertheless, defendant caused his patients to drive hours home shortly after having a highly invasive spine surgery so that defendant could receive his bribe payments for their surgeries. (PSR ¶ 58; Exhibit 1.)  According to one patient who made the four-plus hour drive, "[t]he drive back from Pacific to the El

2

1  Centro area was very painful due to the length of the trip and all
2  the bumps in the road." (Exhibit 1 at 4.)  Another describes the
3  long trip home as "miserable." (Exhibit 1 at 6.)  As defendant
4  acknowledged in a covert recording, but for the bribe scheme
5  defendant would have been performing the surgeries in San Diego at
6  Scripps and other hospitals. (Covert Recording, Exhibits 705, 706.)
7  Defendant received over $3.3 million in bribes in connection with
8  more than 175 spinal surgeries.  (Plea Agreement at 9; Hadden
9  Kickback Calculation Spreadsheet Sheet, Exhibit 220A; Summary of
10 Bribe Payments, Exhibit 600.)  Among other things, defendant used the
11 money to finance his private jet.  (Compare Exhibit 601, Deposits
12 into MD Aviation LLC Bank Account with Exhibit 602, Withdrawals from
13 MD Aviation LLC Bank Account and with Exhibit 124, Account Signature
14 Card for MD Aviation LLC listing defendant and K.T. as signatories)).
15 At the time of his arrest, he owned two. (Compare Exhibit 420, Bill
16 of Sale for Aircraft N210FF listing buyer as Dr. Lokesh S. Tantuwaya
17 M.D. Inc. with Exhibit 400, California Secretary of State Records for
18 Dr. Lokesh S. Tantuwaya M.D. Inc.; Compare Exhibit 404, Bill of Sale
19 for Aircraft N244MD listing Buyer as MD Aviation, LLC with Exhibit
20 401, California Secretary of State Records for MD Aviation LLC) l);
21 see also Exhibit 507 (photo of N244MD on date of seizure); Exhibit
22 513 (photo of N210FF on date of seizure).

23 **B.   Conduct on Pretrial Release**

24      Following his indictment and arrest, defendant was initially
25 released on bond.  But he engaged in deceptive conduct and his bond
26 was revoked.  (PSR ¶ 20.)  Specifically, defendant intentionally
27 failed to disclose the ownership of an airplane on a financial
28 affidavit, told the co-owner of his airplane that he was going to

flee to India but the government took his passport, and stated that he wanted to put an extended fuel tank on the airplane in order to flee.  (Motion to Revoke Bond, CR 136.)  The Court found defendant's false representations on the financial affidavit "willful and material" and also found the co-owner who testified to these facts at an evidentiary hearing credible.  (Order Revoking Bond, CR 127; Transcript Affirming Order, CR 144 at 93-96.)

### C. Prior Efforts to Dissuade Witnesses, Violate Court Orders, and Obstruct Proceedings

In 2016, defendant engaged in domestic violence and dissuaded a witness from contacting law enforcement.  (PSR 84; Government's Motion in Support of Detention and Exhibits, CR 17 at 3-4.)  As part of the underlying conduct, defendant lunged at his ex-wife with a closed fist and later threated to kill her, telling his ex-wife and two minor children "[y]ou kids can leave but I'm going to kill your mother tonight."  (CR 17 at 3-4.)  When defendant learned that his minor daughter was attempting to call 911 for help, defendant pulled her hair, brought her down to the ground, and attempted to take her telephone.  (CR 17 at 3-4.)  Defendant's ex-wife later told the FBI and United States Attorney's Office that defendant attempted to get his children to lie about the conduct during court proceedings.  (CR CR 17 at FN1.)  Defendant's ex-wife's statement and two minor childrens' statements to law enforcement are materially consistent and support the facts in the PSR.  (Exhibit A to CR 17 Bates 13-15, 41-42.)  Defendant was sentenced to one year in custody and four years' probation.  (PSR 84.)  In April 2018, defendant violated his probation and a court order directing him not to contact his ex-wife. (PSR 85, CR 17 at 5.)

In 2019, defendant admitted that he engaged in dishonest conduct by augmenting medical records during the course of a California Medical Board investigation.  (PSR ¶ 135; Motion to Impeach Defendant with Admission of Dishonest to Medical Board, CR 218-2 at 5, 17-19.)  Specifically, in 2017 defendant backdated patient records to cover up the fact that he did not timely fill out a progress note following a patient visit and he did not timely submit a request for authorization so that his patient could receive proper medication.  (Id.)  Put simply, defendant falsified patient records and presented the false records to the medical board in order to obstruct their investigation.

## III.   SENTENCING GUIDELINES

The United States Probation Office calculated defendant's total offense level at 24.  (PSR ¶ 79.)  The calculations are based on:

Base Offense Level:                8   USSG § 2B4.1(a)

Value of Benefit Conferred:       +16   USSG § 2B4.1(b)(1)(I)

Abuse of Position of Trust/Skill:  +2   USSG § 3B1.3

Acceptance of Responsibly:        -2   USSG § 3E1.1

Total Offense Level:               24

Defendant has four prior convictions, which result in three criminal history points and place him in criminal history category II.  (PSR ¶¶ 83-86.)  Based on an offense level of 24 and a criminal history category of II, the Guidelines range is 57-71 months' imprisonment.  (PSR ¶ 171.)  The Guidelines fine amount is $20,000 to $200,000.  (PSR ¶ 179.)  The statutory maximum sentence the Court may impose is 60 months' imprisonment.  (PSR ¶ 170.)  The probation officer recommended a 60-month sentence, a $5,000 fine, and three years' supervised release.

5

## IV.   THE SECTION 3553(a) FACTORS SUPPORT A 60-MONTH SENTENCE

### A.   Nature and Circumstances of the Offense

A 60-month sentence is necessary to reflect the seriousness of the offense and the extensive breach of defendant's fiduciary duty to his patients.  There are only aggravating circumstances here with respect to the conduct - defendant's acceptance of $3.3 million in bribes was motivated entirely by greed.  Rather than act in his patients' interest, defendant traded patients like they were commodities so that he could finance his polo club lifestyle, including his private jets.  Prior to the bribe scheme, defendant had never performed a surgery at Pacific Hospital.  Once his bribe deal was inked, defendant began taking patient surgeries to Pacific Hospital in Long Beach.  As the bribes increased, so did the number of patients that were funneled to Pacific Hospital so that defendant could collect his bribes.  In short, defendant chose where to perform highly invasive surgeries based on what hospital was willing to pay him bribes and more than 150 patients were victimized through defendant's criminal conduct.  Each of these patient-victims came to defendant during one of the most vulnerable times in their lives and had the right to expect that defendant would consider only their interest in determining what hardware to use in their surgery and the hospital where it should be performed.  See e.g., United States v. Nayak, 769 F.3d 978, 984 (7th Cir. 2014)("Indeed, the intangible harm from a fraud can often be quite substantial, especially in the context of the doctor-patient relationship, where patients depend on their doctor — more or less completely — to provide them with honest medical services in their best interest.").

1   What is more, it is indisputable that defendant's conduct caused

2   some degree of patient harm.  Dozens of patients were shuttled to

3   Pacific Hospital from hundreds of miles away and forced to endure a

4   three- or four-hour trip home days after having highly invasive back

5   surgery.  In this regard, defendant's conduct was more egregious than

6   any doctor that has been convicted in the bribery scheme.[1]

7   **B.   General Deterrence**

8   General deterrence is paramount here.  Sophisticated kickback

9   schemes don't typically make the evening news.  Indeed, their

10  occurrence and the harm they cause is not apparent like a robbery or

11  kidnapping or murder.  Instead, as this and other Pacific Hospital

12  bribery cases demonstrate, bribe schemes between doctors and health

13  care executives are especially difficult to detect because the

14  participants, sophisticated doctors and health care executives, go to

15  great lengths to conceal the criminal conduct.  Indeed, defendant's

16  conduct went on undetected for years.  The sophisticated cover-up

17  contracts provided defendant with a defense if he got caught.  And it

18  may have worked if defendant's criminal partners had not cooperated

19  and defendant had not been intercepted in a covert recording

20  discussing patient bribes.

21  Moreover, bribe schemes like defendant's cause an insidious harm

22  that lingers for years, leaving victim-patients wondering whether

23  their surgeries were necessary or whether the unethical doctors and

24  hospital executives who shuffled them around like cattle also agreed

25  to implant substandard medical hardware in their bodies.  (e.g.

26  _____

27  [1] This harm is not accounted for by the Guidelines range and
    would support a sentence above the Guidelines range of 57-71 months'
28  imprisonment if there was not a statutory cap of 60 months'
    imprisonment.

Exhibit 1 at 1, 4, 12, 14-15 patient interviews.)  These bribe schemes also distort the surgery marketplace.  Rather than hospitals competing on the merits of their facilities and quality of patient care, surgeries and other procedures go to the facility willing to pay the most in illegal kickbacks.  In this race to the bottom, law abiding hospitals cannot compete.  For example, in this case, defendant moved patient surgeries away from other facilities so that he could get his bribes from Pacific Hospital.

The Court's sentence should send a strong message to individuals in the health care industry that participating in bribe schemes has severe consequences.  The recommended sentence deters doctors who may be tempted to trade patients for bribes and promotes integrity in the health care field generally.

## C.   Defendant's History and Characteristics, Specific Deterrence

Defendant's history and characteristics are aggravating factors. Unlike the majority of defendants who appear before the Court for sentencing, defendant is gifted with exceptional intelligence, he attended one of the best universities and medical schools in the world, and he could have earned a substantial income while devoting himself to the Hippocratic Oath and without committing crimes.  Yet defendant consciously chose criminal conduct to enrich himself.

Defendant's history also demonstrates that when he gets caught engaging in illegal conduct, rather than taking responsibility for his actions, defendant covers up his misconduct through further acts of dishonesty and/or obstruction (i.e., preventing his daughter from calling 911 to report his abuse; transferring assets once he learned he was under investigation; providing backdated medical records to

the medical board to obstruct their investigation; making false
representations in a court affidavit to conceal assets).  At bottom,
defendant's actions demonstrate that he is well on his way to
becoming an inveterate criminal and the recommended sentence is
necessary to deter him and protect the public.

**V.   ADDITIONAL SENTENCING MATTERS THE COURT SHOULD CONSIDER.**

   **A.   The Court Should Order a $200,000 Fine.**

   The Court should fine defendant $200,000.  Under the Guidelines,
the Court shall impose a fine within the fine range ($20,000 to
$200,000), unless defendant establishes that he is unable to pay the
fine.  USSG §5E1.2.  Defendant cannot meet his burden.

   According to the PSR, defendant may have real property and other
assets in bank accounts.  (PSR ¶¶ 151-152, 158-159.)  Moreover,
defendant's statements about his assets are entitled to little, if
any, weight.  After he learned of the active Pacific Hospital
criminal investigation, defendant transferred assets to overseas and
to others.  (CR 136.)  As the Court found, defendant willfully
concealed assets in a court financial affidavit.  On this record, the
Court cannot conclude that defendant has met his burden of
establishing that he could not pay a fine, and the Court should not
preclude the government from the opportunity to collect what money
and assets it can identify through the collection process.

   **B.   The Court Should Enter the Government's Forfeiture Order.**

   As part of the plea agreement, defendant agreed to the entry of
a money judgment to disgorge him of illegal proceeds.  The Court
should grant the government's application (CR 242) for a $3.3 million
money judgment, which is the bribe amount defendant received in the
scheme.

9

**C.    The Court Should Impose an Additional Supervised Release Condition.**

The Court should impose a condition ordering defendant to report his conviction to licensing authorities: "The defendant shall report this conviction to the Medical Board of California, and to any other state in which the defendant has been licensed as a physician, and thereafter comply with any orders, including any employment or business restrictions.  Further, the defendant shall show proof to the Probation Officer of compliance with this order."

**D.    The Court Should Not Recommend RDAP.**

As the Court knows, the Residential Drug Abuse Program ("RDAP") is the Bureau of Prisons' intensive, 500-hour drug abuse program for individuals with substance abuse problems.  Inmates who successfully complete the program receive a one-year sentencing reduction.[2]  While the RDAP program has helped inmates with legitimate substance abuse problems turn their lives around, because RDAP provides for a one-year sentencing reduction, the admissions process is subject to abuse.  The government routinely supports district court recommendations for the RDAP program where there is credible evidence of substance abuse that can be addressed through the RDAP program.  But this is not a case where credible evidence of a substance abuse problem warranting RDAP treatment exists.

In fact, there is no evidence that defendant has a substance abuse problem, and the Court should not recommend him for the RDAP

---

[2] It is well-known among criminal lawyers that to be eligible for RDAP (and the one-year sentencing reduction that comes with it), there needs to be some information in the presentence report that supports a claim of substance abuse.  See e.g. https://federalcriminaldefenseattorney.com/prison-life/residential-drug-abuse-rdap/; https://www.federalprisontime.com/blog/rdap-the-holy-grail-of-sentence-reduction

program.  When defendant sought bond following his arrest, defendant told the probation officer that he did not abuse drugs or alcohol. While on bond, defendant never reported to his probation officer that he was developing a substance abuse plan or using drugs prescribed to another person.  But more importantly, even assuming the truthfulness of defendant's statements regarding a daily glass of bourbon and Xanax use, these statements are insufficient to conclude he has a substance abuse problem and the Court should decline to recommend RDAP.  The government has no objection to defendant's statements being included in the PSR provided that the Court directs the probation officer to amend the report to include: defendant never reported any substance abuse issues to probation at the time of his arrest or to his probation officer while on bond.  When evaluating any application for RDAP, BOP is entitled to all of the facts surrounding defendant's purported substance abuse problem.

**VI.  CONCLUSION**

For the foregoing reasons, the Court should sentence defendant to 60 months' imprisonment, a $200,000 fine, a $100 special assessment, three years supervised release, and enter the government's application for a $3.3 million money judgment.

1        <u>Declaration of Joseph T. McNally</u>

2        1.   I am an Assistant United States Attorney, and, along with

3   Assistant United States Attorney Billy Joe McLain, I am prosecuting

4   this case.

5        2.   Exhibit 1 are true and correct copies of patient-victims

6   interviewed by law enforcement where patients describe the impact of

7   defendant's criminal conduct.  The government has concurrently filed

8   an application to file this exhibit under seal.

9        3.   Exhibit 124 is a true and correct copies of a bank

10  signature card for an account controlled by defendant.

11       4.   Exhibits 400 and 401 are true and correct copies of records

12  obtained from the California Secretary of State.

13       5.   Exhibits 404 and 420 are true and correct copies of sales

14  records the government obtained during its investigation.

15       6.   Exhibit 507 is a true and correct copy of a photo of

16  defendant's jet seized by federal agents.

17       7.   Exhibit 220A is a true and correct copy of a spreadsheet

18  prepared by Naomi Hadden tracking spinal fusion surgeries that

19  defendant performed at Pacific Hospital and the bribe payments that

20  he was owed through the middle of 2012.  The government has

21  concurrently filed an application to file this exhibit under seal.

22       8.   Exhibit 600 is a true and correct copy of a spreadsheet

23  prepared by IRS-CI Special Agent Anton Chu that lists payments from

24  Drobot related entities to defendant and his entities.

25       9.   Exhibits 606-610 are true and correct copies of summary

26  charts that were created by Special Agent Colleen Maher for trial.

27  The summary charts were created using defendant's own surgery log

28  that the government obtained during a search warrant and from

12

defendant's medical corporation.  The charts show on a percentage basis where defendant performed spinal fusion surgeries before and after he began receiving bribes.

10.  Exhibits 705-706 are true and correct copies of part of a covert recording where defendant (L.T. in the transcript), Alan Ivar (A.I.), and Paul Randall (P.R.) discussed the fact that but for Paul Randall introducing defendant into the bribe scheme, defendant would be doing his surgeries in San Diego and receiving nothing but his professional fees.  These exhibits are being manually filed.

The foregoing is true and correct to the best of my knowledge.

Dated: November 25, 2022

_____
JOSEPH T. MCNALLY

| U.S. BANK, N.A. | | | COID  926 | |
|---|---|---|---|---|
| ACCOUNT NAME  MD AVIATION LLC | | | | |
| AC NAME 1: LOKESH TANTUWAYA | | | AC # ████5136 | |
| AC NAME 2: KR███ TA███████ | | | | |
| AC NAME 3: | | | AMT OF INITIAL DEPOSIT $ | |
| AC NAME 4: | | | | |
| AC NAME 5: | | | AMOUNT OF CHECK $ BANK | |
| ADDRESS C/O DR. LOKESH S TANTUWAYA MD INC | | | | HOLD ☐ |
| 7830 CLAIREMONT MESA BLVD STE 203 | | | | |
| CITY  SAN DIEGO | STATE  CA | ZIP  92111 | PHONE  858-300-2626 | NO. YEARS |
| TYPE OF BUSINESS  LLC | | | TAX ID #/EIN # ████████ | |
| TYPE OF | | SIGNATURES REQUIRED | EXISTING CUSTOMER | COURTESY CARD |
| ACCOUNT  BUSINESS CHECKING | ☐ RPM | | | |
| OWNERSHIP  LLC | | | | |
| OTHER SERVICES | | | OFFICE  3033 | |
| RESIDENCE | | | | |
| RESIDENCE PHONE | | | | VERIFIED ☐ |
| ID TYPE | ISSUE DATE | EXP DATE | CARD NO. | |
| DATE OPENED: 09/28/2011 | | TIME OPENED: | OPENED BY:  R TUBONGBANUA | |

**US bank**

The bank is hereby authorized to recognize the signature (s) subscribed below in the payment of funds or the transaction of any business for this account.  All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card. Upon the request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank. Refer to resolution file for authorization of signatures where authorization is required. By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

| ☒ MR. ☐ MRS. | ☐ MS ☐ MISS | SIGNATURE OF ACCOUNT NAME 1 (DO NOT PRINT) LOKESH TANTUWAYA |
| ☐ MR. ☒ MRS. | ☐ MS ☐ MISS | SIGNATURE OF ACCOUNT NAME 2 (DO NOT PRINT) KRISTEN TANTUWAYA |
| ☐ MR. ☐ MRS. | ☐ MS ☐ MISS | SIGNATURE OF ACCOUNT NAME 3 (DO NOT PRINT) |
| ☐ MR. ☐ MRS. | ☐ MS ☐ MISS | SIGNATURE OF ACCOUNT NAME 4 (DO NOT PRINT) |

REMARKS:

Check appropriate box for federal tax classification
☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate ☐ Other _____
☑ Limited liability company – Enter the Tax Classification: C=C Corporation, S=S Corporation, P=Partnership: _____
**Certification:** Under penalties of perjury, I certify that:
1)   The number shown on this form is my correct taxpayer identification number ( or I am waiting for a number to be issued to me), **and**
2)   I am not subject to backup withholding because **(a)** I am exempt from backup withholding, or **(b)** I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or **(c)** the IRS has notified me that I am no longer subject to backup withholding, **and**
3)   I am a U.S. Citizen or other U.S. person.
4)   I am an exempt payee. To claim the exemption, you must check this box. ☐
**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return.  For real estate transactions, item 2 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Signature of U.S. Person _____   Date 9/28/11

05/2011

USA_03189591

Exhibit 124
1 of 1

**SUBJECT TO PROTECTIVE ORDER**

2284017

**FILED**
In the Office of the Secretary of State
of the State of California

JUL 31 2001

BILL JONES, Secretary of State

### Articles of Incorporation
### of
### DR. LOKESH S. TANTUWAYA, M.D., Inc.

1. **NAME OF CORPORATION:**  The name of the corporation is DR. LOKESH S. TANTUWAYA, M.D., Inc.

2. **SPECIAL PURPOSE:**  The purpose of the corporation is to engage in the profession of Medicine, and any other lawful activities (other than the banking business, the trust company business) not prohibited by applicable laws and regulations. This corporation is a professional corporation within the meaning of Part 4, Division 3, Title 1, California Corporations Code of the State of California.

3. **RESIDENT AGENT:**
   **Name of Resident Agent:**  The name and address in the State of California of this corporation's initial agent for service of process is:
   **Name:**  DR. LOKESH S. TANTUWAYA
   **Street Address:** 4511 Falcon Ridge Court
   **City:** San Diego **State of California  Zip** 92130

4. **SHARES:**  (Number of shares the corporation is authorized to issue)
   The corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is: 25,000.

5. **SIGNATURES OF INCORPORATOR**
   Brenda Barrera
   501 West Broadway, Suite 1700
   San Diego, Ca 92103

   *Brenda Barrera*
   Signature

PacificHospital_00079271

Exhibit 400
1 of 4

**SUBJECT TO PROTECTIVE ORDER**

# State of California
## Secretary of State

| | S |
|---|---|

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

G175441

# FILED

In the office of the Secretary of State
of the State of California

## NOV-13 2018

This Space for Filing Use Only

1. CORPORATE NAME
DR. LOKESH S. TANTUWAYA, M.D., INC.

2. CALIFORNIA CORPORATE NUMBER
C2284017

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>3258 VIA RIBERA, ESCONDIDO, CA 92029 | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>3258 VIA RIBERA, ESCONDIDO, CA 92029 | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/<br>LOKESH SHANTANU TANTUWAYA | 3258 VIA RIBERA, ESCONDIDO, CA 92029 | | | |
| 8. | SECRETARY<br>LOKESH SHANTANU TANTUWAYA | 3258 VIA RIBERA, ESCONDIDO, CA 92029 | | | |
| 9. | CHIEF FINANCIAL OFFICER/<br>LOKESH SHANTANU TANTUWAYA | 3258 VIA RIBERA, ESCONDIDO, CA 92029 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | LOKESH SHANTANU TANTUWAYA | 3258 VIA RIBERA, ESCONDIDO, CA 92029 | | | |
| 11. | | | | | |
| 12. | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
LOKESH SHANTANU TANTUWAYA

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE
3258 VIA RIBERA, ESCONDIDO, CA 92029

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MEDICAL

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 11/13/2018 | LOKESH SHANTANU TANTUWAYA | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

Pacific-Loan01-00070272

SI-200 (REV 01/2013)          Page 1 of 1          APPROVED BY SECRETARY OF STATE

Exhibit 400
2 of 4

**SUBJECT TO PROTECTIVE ORDER**



## California Secretary of State
Electronic Filing



# Corporation - Statement of Information No Change

| | |
|---|---|
| Entity Name: | DR. LOKESH S. TANTUWAYA, M.D., INC. |

| | |
|---|---|
| Entity (File) Number: | C2284017 |
| File Date: | 01/15/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GN70251 |

*There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:      LS tantuwaya

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GN70251

PacificHospital_00079273

Exhibit 400
3 of 4

**SUBJECT TO PROTECTIVE ORDER**



I hereby certify that the foregoing transcript of ___3___ page(s) is a full, true and correct copy of the complete record in the custody of the California Secretary of State's office as of this date.

MAR 0 4 2022

SHIRLEY N. WEBER, Ph.D., Secretary of State

PacificHospital_00079274

Exhibit 400
4 of 4

**SUBJECT TO PROTECTIVE ORDER**

201125210062 File #



| | LLC-1 |
|---|---|

## State of California
### Secretary of State

**Limited Liability Company
Articles of Organization**

A $70.00 filing fee must accompany this form.

Important – Read instructions before completing this form.

FILED AK
in the office of the Secretary of State
of the State of California

SEP 0 8 2011

This Space For Filing Use Only

**Entity Name** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

   MD Aviation, LLC

**Purpose** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**Initial Agent for Service of Process** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

   Lokesh Tantuwaya

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA    CITY    STATE    ZIP CODE

   7830 Clairemont Mesa Blvd, Suite 203    San Diego    CA    92111

**Management** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

   ✓ ONE MANAGER

   MORE THAN ONE MANAGER

   ALL LIMITED LIABILITY COMPANY MEMBER(S)

**Additional Information**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**Execution**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

   September 8, 2011
   DATE

   *Randolph Taylor*
   SIGNATURE OF ORGANIZER

   Randolph Taylor
   TYPE OR PRINT NAME OF ORGANIZER

LLC-1 (REV 04/2010)    APPROVED BY SECRETARY OF STATE

PacificHospital_00079275

Exhibit 401
1 of 3

**SUBJECT TO PROTECTIVE ORDER**



# State of California
## Secretary of State

41

### STATEMENT OF INFORMATION
(Limited Liability Company)

**Filing Fee $20.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED**
in the office of the Secretary of State
of the State of California

SEP 1 9 2011

 This Space For Filing Use Only

1. **LIMITED LIABILITY COMPANY NAME** (Please do not alter if name is preprinted.)

MS AVIATION, LLC

See Secretary of State's records for exact entity name.

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 201125210062 | California |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 7830 Clairemont Mesa Blvd, Suite 203 | San Diego, CA | 92111 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 7830 Clairemont Mesa Blvd, Suite 203 | San Diego | CA | 92111 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Lokesh Tantuwaya | 7830 Clairemont Mesa Blvd, Suite 20 | San Diego, CA | 92111 |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| Lokesh Tantuwaya |

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 7830 Clairemont Mesa Blvd, Suite 203 | San Diego | CA | 92111 |

**TYPE OF BUSINESS**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY |
|---|
| Aircraft leasing |

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

| Randolph Taylor | | Agent | 9-15-11 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

LLC-12 (REV 03/2007)

APPROVED BY SECRETARY OF STATE

PacificHospital_00079276

Exhibit 401
2 of 3

**SUBJECT TO PROTECTIVE ORDER**



I hereby certify that the foregoing
transcript of_____2_____page(s)
is a full, true and correct copy of the
complete record in the custody of the
California Secretary of State's office
as of this date.

MAR 0 4 2022

SHIRLEY N. WEBER, Ph.D., Secretary of State

PacificHospital_00079277

Exhibit 401
3 of 3

**SUBJECT TO PROTECTIVE ORDER**

MS006507 Conveyance Recorded Nov/21/2011 04:18 PM FAA

### UNITED STATES OF AMERICA
U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION

## AIRCRAFT BILL OF SALE

FORM APPROVED
OMB NO. 2120-0042
Exp. 11/30/2011

FOR AND IN CONSIDERATION OF $ 1.00 + 0VC THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

| UNITED STATES REGISTRATION NUMBER | N 244MD |
|---|---|

AIRCRAFT MANUFACTURER & MODEL *Embraer SA EMB-500*

AIRCRAFT SERIAL No. *50000232*

DOES THIS 18 DAY OF Nov. 2011 HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER**

NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

*MD Aviation, LLC*
*7830 Clairemont Mesa Blvd Ste 203*
*San Diego, CA 92111*

DEALER CERTIFICATE NUMBER

AND TO *ITS SUCCESSORS* ~~EXECUTORS, ADMINISTRATORS,~~ AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER, AND WARRANTS THE TITLE THEREOF:

IN TESTIMONY WHEREOF 1 HAVE SET MY HAND ~~AND SEAL~~ THIS 18 DAY OF Nov. 2011

**SELLER**

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| *jet AVIVA, LLC* | *[signature]* | *Manager* |
| | | |
| | | |

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING: HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

113221328459
$5.00 11/18/2011

ORIGINAL: TO FAA:
AC Form 8050-2 (1/09) (NSN 0052-00-629-0003) Supersedes Previous Edition

*Aircraft used herein shall include the airframe described herein and the PRATT & WHITNEY CANADA model PW600F SERIES aircraft engines with manufacturer's serial numbers *LC0441* and *LC0442*.

PacificHospital_00079419

Exhibit 404
1 of 1

PG005674 Conveyance Recorded Aug/31/2011 02:24 PM FAA

**UNITED STATES OF AMERICA**

U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION

**AIRCRAFT BILL OF SALE**

FORM APPROVED
OMB NO. 2120-0042
08/31/2008

FOR AND IN CONSIDERATION OF $ 1+0JC  THE UNDERSIGNED OWNER(S) OF THE FULL LEGAL AND BENEFICIAL TITLE OF THE AIRCRAFT DESCRIBED AS FOLLOWS:

UNITED STATES
REGISTRATION NUMBER  **N 210FF**

AIRCRAFT MANUFACTURER & MODEL
Embraer-Empresa Brasileira De Aeronautica S.A. EMB-500

AIRCRAFT SERIAL NO.
50000088

DOES THIS __10__ DAY OF __Aug__, 2011 HEREBY SELL, GRANT, TRANSFER AND DELIVER ALL RIGHTS, TITLE, AND INTERESTS IN AND TO SUCH AIRCRAFT UNTO:

Do Not Write In This Block
FOR FAA USE ONLY

**PURCHASER**

NAME AND ADDRESS
(IF INDIVIDUAL(S), GIVE LAST NAME, FIRST NAME, AND MIDDLE INITIAL.)

Dr. Lokesh S. Tantuwaya M.D., Inc.

DEALER CERTIFICATE NUMBER

AND TO  ITS SUCCESSORS  ~~EXECUTORS, ADMINISTRATORS,~~ AND ASSIGNS TO HAVE AND TO HOLD SINGULARLY THE SAID AIRCRAFT FOREVER AND WARRANTS THE TITLE THEREOF:

IN TESTIMONY WHEREOF  __I__  HAVE SET  __MY__  HAND ~~AND SEAL~~ THIS __10__ DAY OF __Aug__ 2011

| NAME(S) OF SELLER (TYPED OR PRINTED) | SIGNATURE(S) (IN INK) (IF EXECUTED FOR CO-OWNERSHIP, ALL MUST SIGN.) | TITLE (TYPED OR PRINTED) |
|---|---|---|
| Fischell Aviation II, LLC | David Fischell | President |
| | | |
| | | 112221342574 $5.00 08/10/2011 |

**SELLER**

ACKNOWLEDGMENT (NOT REQUIRED FOR PURPOSES OF FAA RECORDING; HOWEVER, MAY BE REQUIRED BY LOCAL LAW FOR VALIDITY OF THE INSTRUMENT.)

ORIGINAL: TO FAA:

AC Form 8050-2 (9/92) (NSN 0052-00-629-0003) Supersedes Previous Edition

*Aircraft used herein shall include the airframe described herein and the PLATT + WHITNEY CANADA model PW600F SERIES aircraft engines with manufacturer's serial numbers LC0167 and LC0168.

PacificHospital_00082291
EXHIBIT 420

**SUBJECT TO PROTECTIVE ORDER**



PacificHospital_00079501

Exhibit 507
1 of 1

**\*\*SUBJECT TO PROTECTIVE ORDER\*\***

| **Payments To Lokesh Tantuwaya And MD Aviation LLC** | | | | | |
|---|---|---|---|---|---|
| **PAYOR** | **CHECK/WIRE DATE** | **AMOUNT** | **PAYEE** | **SIGNATORIES TO PAYEE ACCOUNT** | **CHECK/WIRE MEMO** |
| Pacific Hospital | 01/26/2010 | $15,000.00 | LOKESH TANTUWAYA, M.D. | Lokesh Tantuwaya and K.T. | |
| Pacific Hospital | 03/03/2010 | $15,000.00 | LOKESH TANTUWAYA, M.D. | Lokesh Tantuwaya and K.T. | |
| Pacific Specialty Physician Management | 04/08/2010 | $60,000.00 | Lokesh S. Tantuwaya | Lokesh Tantuwaya and K.T. | Option Payment |
| Pacific Hospital | 04/28/2010 | $15,000.00 | LOKESH TANTUWAYA, M.D. | Lokesh Tantuwaya and K.T. | |
| Pacific Specialty Physician Management | 05/11/2010 | $40,000.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option payment |
| Pacific Specialty Physician Management | 06/15/2010 | $50,000.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option payment |
| Pacific Hospital | 07/07/2010 | $45,000.00 | LOKESH TANTUWAYA, M.D. | Lokesh Tantuwaya and K.T. | |
| Pacific Specialty Physician Management | 08/05/2010 | $30,000.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option payment |
| Pacific Specialty Physician Management | 08/05/2010 | $30,000.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option payment |
| Pacific Specialty Physician Management | 08/24/2010 | $100,000.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option payment |
| Pacific Specialty Physician Management | 10/18/2010 | $50,000.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option payment |
| Pacific Specialty Physician Management | 10/18/2010 | $50,000.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option payment |
| Pacific Specialty Physician Management | 12/15/2010 | $100,000.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option Pmt 12/2010 |
| Pacific Specialty Physician Management | 03/22/2011 | $100,000.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option Pmt |
| Pacific Specialty Physician Management | 04/04/2011 | $98,900.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option Pmt |
| Pacific Specialty Physician Management | 06/08/2011 | $100,000.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option Pmt |
| Pacific Specialty Physician Management | 06/24/2011 | $155,000.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option Pmt |
| Pacific Specialty Physician Management | 08/24/2011 | $175,000.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option Pmt |
| Pacific Specialty Physician Management | 09/14/2011 | $37,500.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option Pmt |
| Pacific Specialty Physician Management | 09/27/2011 | $100,000.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option Pmt |
| International Implants | 10/04/2011 | $280,000.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | |
| Pacific Specialty Physician Management | 10/13/2011 | $75,000.00 | Tantuwaya, Lokesh S | Lokesh Tantuwaya and K.T. | Option Pmt |
| Pacific Specialty Physician Management | 11/03/2011 | $102,500.00 | Tantuwaya, Lokesh S. | Lokesh Tantuwaya and K.T. | Option Pmt |
| International Implants | 11/22/2011 | $137,000.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | |
| International Implants | 02/03/2012 | $150,000.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | Marketing |
| International Implants | 02/24/2012 | $140,000.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | Marketing |
| International Implants | 04/06/2012 | $140,000.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | |
| International Implants | 04/18/2012 | $100,000.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | |
| International Implants | 06/15/2012 | $200,000.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | |
| International Implants | 07/31/2012 | $65,000.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | Marketing - June |
| International Implants | 09/25/2012 | $95,000.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | Marketing |
| International Implants | 11/15/2012 | $170,000.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | Marketing |
| International Implants | 12/06/2012 | $95,000.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | October 2012 |
| International Implants | 12/18/2012 | $40,000.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | Dec' 12 Airplane lease |
| International Implants | 01/31/2013 | $40,000.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | Airplane Lease |
| International Implants | 03/05/2013 | $47,500.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | Airplane Lease January |
| International Implants | 05/28/2013 | $111,040.00 | MD Aviation LLC | Lokesh Tantuwaya and K.T. | Airplane Lease -Mar to May |
| | **Total Payments** | **$3,354,440.00** | | | |

| Deposits into Tantuwaya's MD Aviation LLC US Bank Account 6136 | | | | |
|---|---|---|---|---|
| September 28, 2011 through July 16, 2013 | | | | |
| Payor | Transaction Date | Amount | Description | Memo or Invoice Notation |
| International Implants LLC | 10/4/2011 | $280,000.00 | Wire Credit | |
| Pacific Specialty Physician Management Inc. | 10/18/2011 | $75,000.00 | Customer Deposit | Memo: Option Pmt |
| Insured Aircraft Title Service | 11/18/2011 | $105,719.76 | Wire Credit | |
| International Implants LLC | 11/22/2011 | $137,000.00 | Wire Credit | |
| JetAviva LLC | 12/16/2011 | $1,302.64 | Customer Deposit | Invoice: Refund of Credit Balance to M.D. Aviation LLC Bank Account 6136 |
| | 1/31/2012 | $25.00 | Reversed Charge | |
| International Implants, LLC | 2/7/2012 | $150,000.00 | Customer Deposit | Memo: Marketing |
| International Implants, LLC | 2/27/2012 | $140,000.00 | Customer Deposit | Memo: Marketing |
| International Implants, LLC | 4/9/2012 | $140,000.00 | Customer Deposit | |
| International Implants, LLC | 4/26/2012 | $100,000.00 | Customer Deposit | |
| International Implants, LLC | 6/27/2012 | $200,000.00 | Customer Deposit | |
| International Implants, LLC | 7/5/2012 | $5,940.00 | Customer Deposit | Memo: Invoice #100 Lease of N244MD |
| International Implants, LLC | 8/6/2012 | $17,100.00 | Customer Deposit | Memo: Inv# 101 - Lease of N244MD |
| International Implants, LLC | 8/6/2012 | $65,000.00 | Customer Deposit | Memo: Marketing - June |
| International Implants, LLC | 9/27/2012 | $95,000.00 | Customer Deposit | Memo: Marketing |
| International Implants, LLC | 11/21/2012 | $170,000.00 | Customer Deposit | Memo: Marketing |
| International Implants, LLC | 12/6/2012 | $95,000.00 | Customer Deposit | Memo: October 2012 |
| Jet Methods | 1/2/2013 | $300.00 | Customer Deposit | Memo: Plane Rental for Photo Shoot |
| International Implants, LLC | 1/17/2013 | $12,460.46 | Customer Deposit | |
| International Implants, LLC | 1/17/2013 | $40,000.00 | Customer Deposit | Memo: Dec' 12 Airplane lease |
| International Implants, LLC | 1/17/2013 | $5,940.00 | Customer Deposit | Memo: Inv#103 |
| International Implants, LLC | 1/31/2013 | $5,644.05 | Customer Deposit | Memo: Inv #106 |
| International Implants, LLC | 2/19/2013 | $40,000.00 | Customer Deposit | Memo: Airplane Lease |
| International Implants, LLC | 3/14/2013 | $47,500.00 | Customer Deposit | Memo: Airplane Lease January |
| International Implants, LLC | 3/28/2013 | $5,760.00 | Customer Deposit | Memo: Inv#102 Aircraft Lease |
| Jet Methods | 4/15/2013 | $486.00 | Customer Deposit | Memo: Fuel on FAA Check Ride |
| Jet Methods | 4/22/2013 | $13,440.00 | Customer Deposit | Invoice: Charter Reimbursement |
| Jet Methods | 5/24/2013 | $12,240.00 | Customer Deposit | Invoice: Charter Reimbursement |
| International Implants, LLC | 5/31/2013 | $11,040.00 | Customer Deposit | Memo: Airplane Lease -Mar to May |
| Jet Methods | 6/27/2013 | $9,120.00 | Customer Deposit | Invoice: Charter Reimbursement |
| Dep Encoding Err 05/31/13 | 7/16/2013 | $100,000.00 | AE STP | |
| | **Total Deposits** | **$2,081,017.91** | | |

EXHIBIT 601

| Withdrawals from Tantuwaya's MD Aviation LLC US Bank Account 6136 | | | | |
|---|---|---|---|---|
| September 28, 2011 to July 16, 2013 | | | | |
| Payee | Transaction Date | Amount | Description | Memo Notation or Stamp |
| JetAviva LLC | 11/07/2011 | $6,000.00 | Wire Debit | |
| | 11/15/2011 | $17.50 | Analysis Service Charge | |
| Insured Aircraft Title Service Inc. | 11/17/2011 | $147,880.42 | Wire Debit | |
| 7165174849460000000018 | 11/18/2011 | $7,000.00 | Commercial Loan Payment | |
| Vimar Transportation Consultants | 11/22/2011 | $2,284.56 | Wire Debit | |
| City Treasurer | 11/25/2011 | $25.59 | Check Paid | Memo: 02011028222 |
| James Harris | 12/14/2011 | $450.00 | Check Paid | Memo: Pilot |
| | 12/14/2011 | $126.50 | Analysis Service Charge | |
| 7165174849460000000000 | 12/19/2011 | $21,563.19 | Commercial Loan Payment | |
| Groom and Cave | 12/20/2011 | $15,860.00 | Check Paid | Memo: Invoice 1111916 Stamp: Groom & Cave LLP Business Money Market |
| SCIF Palomar LLC | 01/09/2012 | $3,230.00 | Check Paid | Memo: hangar lease deposit Stamp: 165706167468 01092012 |
| 7165174849460000000000 | 01/12/2012 | $21,563.19 | Commercial Loan Payment | |
| SCIF Palomar LLC | 01/27/2012 | $1,615.00 | Check Paid | Memo: Feb 2012 Fees |
| | 01/30/2012 | $25.00 | Express Delivery Card Fee | |
| CACOMLOAN LOAN | 02/06/2012 | $21,563.19 | Electronic Withdrawal | |
| Pacific Coast Aviation Insurance | 02/09/2012 | $18,958.00 | Check Paid | Memo: Annual Insurance premium Stamp: Pacific Coast Aviation Trust 4110234697 |
| | 02/09/2012 | $25.00 | Express Delivery Card Fee | |
| James Harris | 02/13/2012 | $463.00 | Check Paid | Memo: February 4, 2012 Invoice |
| SDCSD | 02/14/2012 | $44.00 | Check Paid | Stamp: County of San Diego CSD Sheriffs Dept |
| SCIF | 02/24/2012 | $1,615.00 | Check Paid | Stamp: Credited to Acct 165706167468 022412 |
| CACOMLOAN LOAN | 03/06/2012 | $21,563.19 | Electronic Withdrawal | |
| Lynn Dolan | 03/13/2012 | $50.00 | Check Paid | Memo: feb12 |
| 080015750200 | 03/14/2012 | $572,125.07 | Electronic Withdrawal | |
| SCIF | 03/26/2012 | $1,615.00 | Check Paid | Stamp: Credited to Acct 165706167468 03262012 |
| CACOMLOAN LOAN | 04/06/2012 | $21,563.19 | Electronic Withdrawal | |
| Mariano Carbone | 04/17/2012 | $9,500.00 | Check Paid | Memo: Equipment Purchase Stamp:  Mariano A Carbone MC Polo Horse Trainer |

EXHIBIT 602

| Payee | Transaction Date | Amount | Description | Memo Notation or Stamp |
|---|---|---|---|---|
| Withdrawals from Tantuwaya's MD Aviation LLC US Bank Account 6136 | | | | |
| September 28, 2011 to July 16, 2013 | | | | |
| Gerardo Martinez | 04/18/2012 | $1,500.00 | Check Paid | Memo: Transportation of Equipment Stamp: California Bank & Trust (Unable to read) Payday Loan, LLC |
| Robert Ventura | 04/18/2012 | $821.80 | Check Paid | Memo: March Invoice Stamp: Pacific Marine Credit Union |
| James Harris | 04/19/2012 | $2,404.00 | Check Paid | Memo: Feb-March Invoice |
| San Diego Polo Club | 04/19/2012 | $5,400.00 | Check Paid | Stamp: Rancho Santa Fe Polo DBA San Diego Polo |
| Franchise Tax Bo | 04/19/2012 | $2,500.00 | Electronic Withdrawal | |
| Franchise Tax Bo | 04/19/2012 | $2,500.00 | Electronic Withdrawal | |
| Franchise Tax Bo | 04/19/2012 | $800.00 | Electronic Withdrawal | |
| SCIF | 04/27/2012 | $1,615.00 | Check Paid | Stamp: Credited to Acct 165706167468 04272012 |
| Jackson Hole Emporium | 05/03/2012 | $12,000.00 | Wire Debit | |
| CACOMLOAN LOAN | 05/07/2012 | $21,563.19 | Electronic Withdrawal | |
| Lynn Dolan | 05/09/2012 | $50.00 | Check Paid | Memo: MD Aviation Apr12 |
| James Harris | 05/17/2012 | $290.00 | Check Paid | Memo: Pilot invoice April 2012 |
| SCIF, LLC | 05/25/2012 | $1,615.00 | Check Paid | |
| CACOMLOAN LOAN | 06/06/2012 | $21,563.19 | Electronic Withdrawal | |
| San Diego County Tax Collector | 06/06/2012 | $38,876.84 | Check Paid | Memo: Aircraft N244MD 2012 tax |
| Lynn Dolan | 06/13/2012 | $95.00 | Check Paid | Memo: MD Aviation - May2012 |
| | 06/14/2012 | $30.50 | Analysis Service Charge | |
| Embraer Executive Jet Services | 06/15/2012 | $48,562.31 | Check Paid | Memo: Annual Inspect, TCAS 244MD Stamp: Compass Bank >062001186< |
| James Harris | 06/21/2012 | $2,350.00 | Check Paid | Memo: april & may management/pilot fees |
| SCIF, LLC | 06/22/2012 | $1,615.00 | Check Paid | Stamp: Credited to Acct 165706167468 06222012 |
| CACOMLOAN LOAN | 07/06/2012 | $21,563.19 | Electronic Withdrawal | |
| SCIF, LLC | 07/23/2012 | $1,615.00 | Check Paid | Stamp: Credited to Acct 165706167468 07232012 |
| James Harris | 07/23/2012 | $1,000.00 | Check Paid | Memo: Invoice #105 June |
| CACOMLOAN LOAN | 08/06/2012 | $21,563.19 | Electronic Withdrawal | |
| Beth F Regan, CPA | 08/17/2012 | $300.00 | Check Paid | Memo: July 19, 2012 Invoice Stamp: Beth F Regan |

EXHIBIT 602

| Withdrawals from Tantuwaya's MD Aviation LLC US Bank Account 6136 | | | | |
| September 28, 2011 to July 16, 2013 | | | | |
| Payee | Transaction Date | Amount | Description | Memo Notation or Stamp |
|---|---|---|---|---|
| SCIF, LLC | 08/24/2012 | $1,615.00 | Check Paid | Stamp: Credited to Acct 165706167468 08242012 |
| James Harris | 09/04/2012 | $1,000.00 | Check Paid | Memo: July 2012 invoice |
| Lynn Dolan | 09/04/2012 | $25.00 | Check Paid | Memo: MDAviation JUL2012 |
| CACOMLOAN LOAN | 09/06/2012 | $21,563.19 | Electronic Withdrawal | |
| SCIF, LLC | 09/24/2012 | $1,615.00 | Check Paid | Stamp: Credited to Acct 165706167468 092420122 |
| CACOMLOAN LOAN | 10/09/2012 | $21,563.19 | Electronic Withdrawal | |
| Lynn Dolan | 10/09/2012 | $110.00 | Check Paid | Memo: MDAVIATION SEPT12 |
| James Harris | 10/17/2012 | $1,000.00 | Check Paid | Memo: august 2012 invoice |
| Jason J Gonzalez | 10/22/2012 | $546.00 | Check Paid | Memo: August invoice for contract pilot |
| SCIF, LLC | 10/25/2012 | $1,615.00 | Check Paid | Stamp: Credited to Acct 165706167468 10252012 |
| CACOMLOAN LOAN | 11/06/2012 | $21,563.19 | Electronic Withdrawal | |
| SCIF, LLC | 11/21/2012 | $1,615.00 | Check Paid | Stamp: Credited to Acct 165706167468 112120122 |
| Pacific Coast Aviation Insurance Services | 12/03/2012 | $1,250.00 | Wire Debit | |
| James Harris | 12/03/2012 | $2,560.00 | Check Paid | Memo: November 2012 management |
| Salvador Gonzalez | 12/04/2012 | $1,716.40 | Check Paid | Memo: Invoice #1179 Nov. 2012 |
| CACOMLOAN LOAN | 12/06/2012 | $21,563.19 | Electronic Withdrawal | |
| Lynn Dolan | 12/12/2012 | $30.00 | Check Paid | Memo: MDA - NOV12 |
| Pratt & Whitney Canada Corp | 12/13/2012 | $462.22 | Wire Debit | |
| Camp Systems International Inc | 12/26/2012 | $3,300.00 | Check Paid | Memo: Invoice CAMP 1050975 11/12 Stamp: Camp Systems Int'l Inc |
| CACOMLOAN LOAN | 01/07/2013 | $21,563.19 | Electronic Withdrawal | |
| Lynn Dolan | 01/09/2013 | $85.00 | Check Paid | Memo: MDA - DEC2012 |
| James Harris | 01/11/2013 | $2,150.00 | Check Paid | Memo: November Invoice and flight to KHA |
| Pacific Coast Aviation Insurance | 01/14/2013 | $12,279.00 | Check Paid | Memo: Aircraft insurance N244MD Stamp: Pacific Coast Aviation Insurance SVC |
| | 01/15/2013 | $76.00 | Analysis Service Charge | |

EXHIBIT 602

| Withdrawals from Tantuwaya's MD Aviation LLC US Bank Account 6136 | | | | |
|---|---|---|---|---|
| September 28, 2011 to July 16, 2013 | | | | |
| Payee | Transaction Date | Amount | Description | Memo Notation or Stamp |
| San Mateo County Airports Divisi | 01/15/2013 | $40.00 | Check Paid | Memo: Parking Fee N244MD 12/30-12/31/12 Stamp: County Treasurer Department of Public Works San Mateo County |
| SCIF, LLC | 01/22/2013 | $1,615.00 | Check Paid | Memo: January 2013 payment Stamp: 165706167468 0122013 |
| CACOMLOAN LOAN | 02/06/2013 | $21,563.19 | Electronic Withdrawal | |
| Lynn Dolan | 02/11/2013 | $70.00 | Check Paid | Memo: MDA - JAN13 |
| SCIF, LLC | 02/22/2013 | $1,615.00 | Check Paid | Memo: February Hangar lease payment Stamp: Credited to the Account of the Within Named Payee |
| CACOMLOAN LOAN | 03/06/2013 | $21,563.19 | Electronic Withdrawal | |
| James Harris | 03/13/2013 | $1,500.00 | Check Paid | Memo: February Invoice |
| SCIF, LLC | 03/18/2013 | $1,615.00 | Check Paid | Memo: March invoice hangar Stamp: Credited to Acct 165706167468 03182013 |
| CACOMLOAN LOAN | 04/08/2013 | $21,563.19 | Electronic Withdrawal | |
| SCIF, LLC | 04/17/2013 | $1,615.00 | Check Paid | Memo: April 2013 Hangar rent Stamp: Credited to Acct 165706167385 04172013 |
| Jet Methods | 04/25/2013 | $786.15 | Check Paid | Memo: Invoice 5171 Stamp: For Deposit Only |
| Clay Lacy Aviation Inc | 04/29/2013 | $10,879.28 | Wire Debit | |
| SCIF, LLC | 05/01/2013 | $1,615.00 | Check Paid | Stamp: Credited to Acct 165706167468 05012013 |
| CACOMLOAN LOAN | 05/06/2013 | $21,563.19 | Electronic Withdrawal | |
| Paul Beaty | 05/07/2013 | $408.00 | Check Paid | |
| Secundino Ceja | 05/09/2013 | $300.00 | Check Paid | |
| Temicula Valley Polo Club | 05/13/2013 | $438.00 | Check Paid | Memo: Tantuwaya Stamp: Temecula Valley Polo Club LLC |
| | 05/14/2013 | $30.50 | Analysis Service Charge | |
| Jet Methods | 05/16/2013 | $5,130.00 | Check Paid | Memo: April 2013 Invoice Stamp: For Deposit Only |
| Lynn Dolan | 05/17/2013 | $145.00 | Check Paid | Memo: MDAviation Mar-Apr |
| San Diego County Tax Collector | 05/24/2013 | $38,948.21 | Check Paid | Memo: Acct N244MD July 2013 Stamp: County of San Diego Treasurer/Tax Collector |

EXHIBIT 602

| Withdrawals from Tantuwaya's MD Aviation LLC US Bank Account 6136 | | | | |
|---|---|---|---|---|
| September 28, 2011 to July 16, 2013 | | | | |
| Payee | Transaction Date | Amount | Description | Memo Notation or Stamp |
| SCIF, LLC | 05/30/2013 | $1,615.00 | Check Paid | Stamp: Credited to the Account of the Within Named Payee |
| CACOMLOAN LOAN | 06/06/2013 | $21,563.19 | Electronic Withdrawal | |
| Jet Methods | 06/14/2013 | $3,593.67 | Check Paid | Memo: May 2013 Invoice |
| SCIF, LLC | 07/01/2013 | $1,615.00 | Check Paid | Stamp: Credited to Acct 165706167468 07012013 |
| CACOMLOAN LOAN | 07/09/2013 | $21,563.19 | Electronic Withdrawal | |
| **Total Withdrawals** | | **$1,452,737.32** | | |

EXHIBIT 602



**\*\*SUBJECT TO PROTECTIVE ORDER\*\***

**2009 Fusions**

La Jolla Orthopedic Surgery Center
31%

Scripps Memorial Hospital
38%

Sharp Memorial Hospital
20%

Scripps Mercy Hospital
11%

**Drobot Payments to Tantuwaya in 2009
$0**

PacificHospital_00087286

Exhibit 606
1 of 1



Exhibit 607
1 of 1



PacificHospital_00087288

**Drobot Payments to Tantuwaya in 2011 $1,360,900.00**

**2011 Fusions**

**\*\*SUBJECT TO PROTECTIVE ORDER\*\***

Pacific Hospital of Long Beach
79%

La Jolla Orthopedic Surgery Center
14%

Tri-City Medical Center
4%

Sharp Memorial Hospital
2%

Scripps Memorial Hospital
1%

Exhibit 608
1 of 1



**Drobot Payments to Tantuwaya in 2012 $1,195,000.00**

**2012 Fusions**

La Jolla Orthopedic Surgery Center 6%

Pacific Hospital of Long Beach 79%

Tri-City Medical Center 14%

Sharp Memorial Hospital 1%

**SUBJECT TO PROTECTIVE ORDER**

PacificHospital_00087289

Exhibit 609
1 of 1



**2013 Fusions (Jan-March)**

**Drobot Payments to Tantuwaya in 2013 $198,540.00**

Pacific Hospital of Long Beach 79%

La Jolla Orthopedic Surgery Center 14%

Tri-City Medical Center 7%

\*\*SUBJECT TO PROTECTIVE ORDER\*\*

PacificHospital_00087290

Exhibit 610
1 of 1