UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA-CR-18-040-JLS |
| Plaintiff, | MONEY JUDGMENT OF FORFEITURE AGAINST DEFENDANT LOKESH TANTUWAYA |
| v. | |
| LOKESH TANTUWAYA, | |
| Defendant. | |

On September 1, 2022, defendant Lokesh Tantuwaya ("defendant") entered into a plea agreement with the United States in which defendant agreed to the entry of a money judgment in an amount to be determined by the Court.

Plaintiff has made a request for entry of a Money Judgment of Forfeiture against defendant in the amount of $3,300,000.00, pursuant to Federal Rule of Criminal Procedure 32.2. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant shall forfeit to the United States the sum of $3,300,000.00 pursuant to Title 18, United States Code, Section 982(a)(7). Defendant shall be liable for the entire amount of this Money Judgment of Forfeiture.

This Money Judgment and shall be made part of defendant's sentence and included in the defendant's judgment.

The United States may move pursuant to Rule 32.2(e) to amend this Money Judgment of Forfeiture to substitute property having a value not to exceed $3,300,000.00 to satisfy the Money Judgment in whole or in part.

This Court shall retain jurisdiction for the purpose of enforcing this Order.

December 9, 2022
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

   */s/ Jonathan Galatzan*
JONATHAN GALATZAN
Assistant United States Attorney